LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
sjeong@lipsonneilson.com

*Attorneys for Lakeview Owners' Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>          Plaintiff,<br><br>vs.<br><br>LAKEVIEW OWNERS' ASSOCIATION; POSHBABY, LLC, A/K/A POSHBABY, LLC SERIES 9070 SPRING MOUNTAIN #114; TRP FUND V, LLC and ALESSI & KOENIG, LLC;<br><br>          Defendants. | CASE NO.: 2:16-cv-00635-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO BANK OF AMERICA, N.A.'S COMPLAINT**<br><br>(First Request) |

Defendant LAKEVIEW OWNERS' ASSOCIATION ("HOA") and Plaintiff BANK OF AMERICA, N.A., by and through their respective counsel hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to respond to Plaintiff BANK OF AMERICA, N.A.'s Complaint shall be extended to **May 19, 2016**. The HOA's Response was originally due on April 14, 2016. As counsel

/ / /

/ / /

*Bank of America, N.A. v. Lakeview Owners Association, et al.*
*Case No. 2:16-cv-00635-APG-PAL*

for the HOA was retained after the due date in this matter, the parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating each other given the circumstances.

DATED this  21st  day April, 2016.                          DATED this  21st   day April, 2016.

LIPSON, NEILSON, COLE, SELTZER                              AKERMAN, LLP
& GARIN, P.C.

      */s/ H. Sunny Jeong*                                        */s/ Steven Shevorksi*
By:_____                               By:_____
    Joseph P. Garin, Esq. (Bar No. 6653)                        Ariel E. Stern, Esq. (Bar No. 8276)
    J. William Ebert, Esq. (Bar No. 2697)                       Steven Shevorski, Esq. (Bar No. 8256)
    H. Sunny Jeong, Esq. (Bar No. 12981)                        1160 Town Center Drive, Suite 330
    9900 Covington Cross Dr., Suite 120                         Las Vegas, NV 89144
    Las Vegas, NV 89144                                         702-634-5000
    702-382-1500                                                *Attorneys for Plaintiff BANK OF*
    *Attorneys for Defendant LAKEVIEW*                          *AMERICA, N.A.*
    *OWNERS' ASSOCIATION*

### ORDER

IT IS SO ORDERED.

    DATED this 25th day of April, 2016.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

Submitted by:
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

      */s/ H. Sunny Jeong*
By:_____
    Joseph P. Garin, Esq. (Bar No. 6653)
    J. William Ebert, Esq. (Bar No. 2697)
    H. Sunny Jeong, Esq. (Bar No. 12981)
    9900 Covington Cross Dr., Suite 120
    Las Vegas, NV 89144
    702-382-1500
    *Attorneys for Defendant LAKEVIEW OWNERS' ASSOCIATION*

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500  FAX: (702) 382-1512