ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MILES N. CLARK, ESQ.
Nevada Bar No. 13848
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
miles.clark@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>      Plaintiff,<br><br>vs.<br><br>LAKEVIEW OWNERS' ASSOCIATION; POSHBABY L.L.C. A/K/A POSHBABY LLC SERIES 9070 SPRING MOUNTAIN #114; TRP FUND V, LLC; and ALESSI & KOENIG, LLC,<br><br>      Defendants. | Case No.: 2:16-cv-00635-APG-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE TIME FOR PLAINTIFF BANK OF AMERICA, N.A. TO OPPOSE DEFENDANT LAKEVIEW OWNERS' ASSOCIATION'S MOTION TO DISMISS** |
| TRP FUND V, LLC,<br>      Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.<br><br>      Counterdefendant, | |
| TRP FUND V, LLC,<br>      Third-Party Plaintiff,<br><br>vs.<br><br>ELIZABETH A. PETERSON,<br><br>      Third-Party Defendant. | |

Plaintiff Bank of America, N.A. (**BANA**) and defendant Lakeview Owners' Association (**HOA**) and hereby stipulate and agree as follows:

The parties hereby stipulate and agree BANA's time to respond to HOA's motion to dismiss (Dkt #23; filed on May 19, 2016) shall be continued from June 6, 2016 until June 13, 2016. BANA requests the additional time to afford it the opportunity to adequately respond to HOA's motion to dismiss in a coordinated manner, as the same or similar motion by these and similarly-situated parties have been filed in other cases. The parties submit this request in good faith without the purpose of undue delay.

DATED this 25th day of May, 2016

| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
|---|---|
| /s/ Miles Clark, Esq. | /s/ H. Sunny Jeong, Esq. |
| ARIEL E. STERN, ESQ. | JOSEPH P. GARIN, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 6653 |
| MILES N. CLARK, ESQ. | J. WILLIAM EBERT, ESQ |
| Nevada Bar No. 13848 | Nevada Bar No. 2697 |
| AKERMAN LLP | MEGAN H. HUMMEL, ESQ. |
| 1160 Town Center Drive, Suite 330 | Nevada Bar No. 12404 |
| Las Vegas, NV 89144 | H. SUNNY JEONG, ESQ. |
| Telephone: (702) 634-5000 | Nevada Bar No. 12981 |
| Facsimile: (702) 380-8572 | 9900 Covington Cross Drive, Suite 120 |
| *Attorneys for Plaintiff* | Telephone: (702) 382-1500 |
| | Facsimile: (702) 382-1512 |
| | *Attorneys for Defendant Lakeview Owners' Association* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 26, 2016

2