UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00635-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| LAKEVIEW OWNERS' ASSOCIATION, et al., | |
| Defendants. | |

This matter is before the court on Defendant Lakeview Owners' Association's ("Lakeview") failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #1) in this matter was filed March 23, 2016. Lakeview filed its Motion to Dismiss (Dkt. #23) May 19, 2016. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Lakeview has failed to comply. Accordingly,

/ / /

/ / /

/ / /

/ / /

1

1 **IT IS ORDERED** that Defendant Lakeview shall file its certificate of interested parties, which fully complies with LR 7.1-1 **no later than July 5, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 20th day of June, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE