UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> v. <br> LAKEVIEW OWNERS' ASSOCIATION, et al. <br><br> Defendants. | Case No. 2:16-cv-00635-APG-PAL <br><br> ORDER <br><br> (Subst Atty – ECF No. 48) |

This matter is before the court on the Substitution of Attorneys (ECF No. 48). Joseph Y. Hong of Hong & Hong seeks leave to be substituted in the place of John H. Wright of The Wright Law Group P.C. for defendant/counter claimant/third-party plaintiff TRP Fund V, LLC. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 48) is **GRANTED**.
2. Joseph Y. Hong of Hong & Hong is substituted in the place of John H. Wright of The Wright Law Group P.C. for defendant/counter claimant/third-party plaintiff TRP Fund V, LLC subject to the provisions of LR IA 11-6(c) and (d).

DATED this 18th day of December, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE