ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>     Plaintiff,<br><br>vs.<br><br>LAKEVIEW OWNERS' ASSOCIATION;<br>POSHBABY L.L.C. A/K/A POSHBABY LLC<br>SERIES 9070 SPRING MOUNTAIN #114; TRP<br>FUND V, LLC; and ALESSI & KOENIG, LLC,<br><br>     Defendants. | Case No.: 2:16-cv-00635-APG-BNW<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES SUPPORTING MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 63, 64, and 65]**<br><br>**[FIRST REQUEST]** |
| TRP FUND V, LLC,<br><br>     Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>     Counterdefendant. | |
| TRP FUND V, LLC,<br><br>     Third-Party Plaintiff,<br><br>vs.<br><br>ELIZABETH A. PETERSON,<br><br>     Third-Party Defendant. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

52454937;1

1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1      Plaintiff Bank of America, N.A. (**BANA**) and defendants Lakeview Owners' Association

2 and TRP Fund V, LLC respectfully submit the following stipulation to allow all parties an

3 additional twenty-one days to file replies supporting their motions for summary judgment.

4      BANA filed its motion for summary judgment on February 17, 2020. (ECF No. 63.)

5 Lakeview and TRP filed their motions for summary judgment on February 18, 2020. (ECF Nos.

6 64 and 65.) Lakeview and TRP opposed BANA's motion for summary judgment on March 9,

7 2020. (ECF Nos. 66 and 67.) BANA opposed Lakeview and TRP's motions for summary

8 judgment on March 10, 2020. (ECF Nos. 68, 70.) BANA's deadline to reply supporting its motion

9 for summary judgment is March 23, 2020. Lakeview and TRP's deadline to reply supporting their

10 motions for summary judgment is March 24, 2020.

11      BANA, Lakeview and TRP stipulate to extend BANA's deadline to reply supporting its

12 motion for summary judgment, ECF No. 63, to April 13, 2020 and Lakeview and TRP's deadline to

13 reply supporting their motions for summary judgment, ECF Nos. 64 and 65, to April 14, 2020, to

14 allow all parties additional time to prepare their briefing.

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

52454937;1

This is the first request to extend the reply briefing deadlines. This stipulation is not made to cause delay or prejudice to any party.

DATED: March 23, 2020

**AKERMAN LLP**

_/s/ Jamie K. Combs_
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

_Attorneys for plaintiff and counter-defendant_
_Bank of America, N.A._

**HONG & HONG**

_/s/ Joseph Y. Hong_
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
10781 Twain Avenue
Las Vegas, Nevada 89135

_Attorneys for defendant, counterclaimant and_
_third party plaintiff TRP Fund V, LLC_

**LIPSON NEILSON P.C.**

_/s/ Amber M. Williams_
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

_Attorneys for defendant Lakeview Owners'_
_Association_

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: March 23, 2020.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

52454937;1