# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>    Plaintiff<br><br>v.<br><br>LAKEVIEW OWNERS' ASSOCIATION, et al.,<br><br>    Defendants | Case No.: 2:16-cv-00635-APG-BNW<br><br>**Order Directing Entry of Final Judgment** |

In light of counterclaimant TRP Fund V, LLC's voluntary dismissal of its claims against Elizabeth A. Peterson (ECF No. 83),

I ORDER the clerk of court to enter final judgment consistent with my order (ECF No. 78) and to close this case.

DATED this 27th day of August, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE